Caitlin C. Blanche (SBN 254109)
caitlin.blanche@klgates.com
Andrew S. Gahan (SBN 300598)
andrew.gahan@klgates.com
K&L GATES LLP
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone:  +1 949 253 0900
Facsimile:  +1 949 253 0902

Attorneys for Petitioner
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (SOUTHERN DIVISION)

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation<br><br>Petitioner,<br><br>vs.<br><br>MICHAEL ABBARA, an individual, and DOES 1 through 10,<br><br>Respondents. | Case No.: 8:17-cv-00213-DOC (KESx)<br><br>**JUDGMENT**<br><br>Hon. David O. Carter |

Recycled Paper

500313304 v1

1    This action came before the Court, the Honorable David O. Carter, United States

2    District Judge presiding, on Petitioner Amazon.com, Inc.'s ("Amazon" or "Petitioner")

3    Petition to Confirm Arbitration Award ("Petition") against Respondent Michael

4    Abbara ("Abbara" or "Respondent") (Dkt. 1).  Having carefully considered the moving

5    papers and considered the parties' arguments, the Court **GRANTS** the Petition and

6    hereby enters final judgment against Respondent and **ORDERS, ADJUDGES, and**

7    **DECREES** as follows:

8    1.    On October 31, 2016, the Hon. George A. Finkle, Ret., of the American

9    Arbitration Association, rendered an arbitration award in favor of Amazon and against

10   Abbara (the "Award");

11   2.    Amazon timely sought to confirm the Award by filing the Petition on

12   February 7, 2017;

13   3.    Respondent has not sought to vacate, modify, or challenge the arbitration

14   Award, and the Award has not been vacated, modified, or corrected pursuant to 9

15   U.S.C. §§ 10 or 11.  In addition, the Court finds no evidence of any of the allowable

16   grounds for vacation;

17   4.    Accordingly, the Award is **CONFIRMED** in its entirety;

18   5.    It is hereby **ORDERED** that Respondent shall pay $133,273, representing

19   Lanham Act damages awarded to Petitioner under the Award;

20   6.    It is hereby **ORDERED** further that Respondent shall pay $7,500,

21   representing attorney's fees awarded to Petitioner under the Award;

22   7.    It is hereby **ORDERED** further Respondent shall pay $9,500,

23   representing costs awarded to Petitioner under the Award;

24   8.    It is hereby **ORDERED** further that Respondent, together with his

25   officers, agents, representatives, servants, employees, attorneys, successors and assigns

26   are permanently enjoined from:

27        (a) selling products on any of Amazon's websites;

28        (b) opening any Amazon account;

2

**JUDGMENT**

Recycled Paper

500313304 v1

1           (c) accessing Amazon's services in any manner whatsoever; and

2           (d) assisting, aiding or abetting any other person or business entity in

3                engaging or performing any of the activities referred to in

4                subparagraphs (a) – (c) of this paragraph.

5 **IT IS SO ORDERED**.

6

7 Dated:  March 14, 2017

8                                         DAVID O. CARTER
                                        U.S. District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RECYCLED PAPER

500313304 v1